

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00147-CV

| | | |
|---|---|---|
| SHATARA WRIGHT, Appellant | § | On Appeal from the 462nd District Court |
| | § | of Denton County (16-02115-211) |
| V. | § | November 14, 2019 |
| | § | Opinion by Justice Wallach |
| MICHAEL STEPHEN PAYNE, Appellee | § | Concurrence by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
  Justice Mike Wallach